ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
EUNICE M. BEATTIE, ESQ.
Nevada Bar No. 10382
SGRO & ROGER
720 South Seventh Street, 3rd Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-9800
Facsimile: (702) 665-4120
tsgro@sgroandroger.com
ebeattie@sgroandroger.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONNA CARLSON, an individual; | Case No.: 2:17-cv-02882 |
| Plaintiff, | |
| vs. | |
| SAM'S WEST, INC., a Foreign Corporation doing business as SAM'S CLUB, and also doing business as SAM'S CLUB #6382; SAM'S REAL ESTATE BUSINESS TRUST; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | **PLAINTIFF'S MOTION FOR SUBSTITUTION OF COUNSEL** |
| Defendants. | |

COMES NOW, Plaintiff DONNA CARLSON, and moves this Court to allow the substitution of EUNICE M. BEATTIE, ESQ. in place of KEITH D. WILLIAMS, ESQ., as attorney for the above-named Plaintiff in this case. The Law Firm of Sgro and Roger continues to remain the firm of record and ANTHONY P. SGRO, ESQ., remains lead counsel.

On November 17, 2017, this case was removed from state court following Defendant's Petition for Removal of Civil Action by Defendants Sam's West, Inc. and Sam's Real Estate Business Trust.

The Law Firm of Sgro and Roger represents the Plaintiff in this case. KEITH D. WILLIAMS, ESQ. is no longer with the firm and EUNICE M. BEATTIE, ESQ. will assume the responsibilities of counsel. ANTHONY P. SGRO, ESQ. is to remain lead counsel of record.

Plaintiff is aware of the Court's scheduling order. The Plaintiff and undersigned counsel state that this substitution of counsel will not unreasonably delay or impede any aspect of this case.

Eunice M. Beattie, Esq. is licensed to practice law in the State of Nevada and is admitted to practice and remains in good standing in the United States District Courts for the District of Nevada.

Wherefore, premises considered, the Plaintiff prays that this Court permit the substitution of counsel as requested above in this case.

Dated this __12th__ day of December, 2017.

By: /s/ Eunice M. Beattie, Esq.
ANTHONY P. SGRO, ESQ.
Nevada State Bar No. 3811
EUNICE M. BEATTIE, ESQ.
Nevada Bar No. 10382
720 South 7th Street, Third Floor
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

IT IS SO ORDERED:

George Foley Jr.
UNITED STATES MAGISTRATE JUDGE

DATED: December 13, 2017

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing **PLAINTIFF'S MOTION FOR SUBSTITUTION OF COUNSEL** was submitted electronically for filing and/or service with the Eighth Judicial District Court on the  12th  day of December, 2017.

I further certify that I served a true and correct copy of the foregoing document as follows:

☒ Pursuant to EDCR 8.05(a), electronic service of the foregoing document shall be made in accordance with the CM/ECF E-Service List.

☐ By placing a copy of the original in a sealed envelope, first-class postage fully prepaid thereon, and depositing the envelope in the U.S. mail at Las Vegas, Nevada.

☐ Pursuant to a filed Consent for Service by Facsimile in this matter, by sending the document by facsimile transmission.

ROBERT K. PHILLIPS, ESQ.
RYAN KERBOW, ESQ.
Phillips, Spallas & Angstadt LLC
504 S. Ninth Street
Las Vegas, NV 89101
(702) 938-1510

　　　　　　　　　　　　　　　　 /s/Jennifer Jackson
　　　　　　　　　　　　　　　　An employee of Sgro & Roger