ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
EUNICE M. BEATTIE, ESQ.
Nevada Bar No. 10382
CHRISTOPHER S. MISHLER, ESQ.
Nevada Bar No. 14402
SGRO & ROGER
720 South Seventh Street, 3rd Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-9800
Facsimile: (702) 665-4120
tsgro@sgroandroger.com
ebeattie@sgroandroger.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONNA CARLSON, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>SAM'S WEST, INC., a Foreign Corporation doing business as SAM'S CLUB, and also doing business as SAM'S CLUB #6382; SAM'S REAL ESTATE BUSINESS TRUST; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-02882-MMD-GWF<br><br><u>STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO OPPOSE DEFENDANT'S MOTION FOR PROTECTIVE ORDER PRECLUDING INAPPROPRIATE AREAS OF FED.R.CIV.P. 30(B)(6) EXAMINATION</u><br><br><u>FIRST REQUEST</u> |

Plaintiff DONNA CARLSON ("Plaintiff") and Defendants SAM'S WEST, INC. and SAM'S REAL ESTATE BUSINESS TRUST ("Defendants") by and through their respective counsel of record, do hereby stipulate to extend the time for Plaintiff to oppose Defendants' Motion for Protective Order Precluding Inappropriate Areas of FRCP 30(b)(6) Examination, by fourteen (14) days.

Pursuant to Local Rule 2.25, the parties hereby aver that this is the first request for such extension of time regarding Plaintiff's opposition to this motion.

The parties aver, pursuant to Local Rule 2.25, that good cause exists for the requested extension. It is Plaintiff's position that testimony from Defendant's 30(b)(6) representative is necessary to include in her opposition. That deposition occurred on May 22, 2018, the transcript from that deposition will most likely not be available until at least June 8, 2018.

### PROPOSED NEW DEADLINE FOR PLAINTIFF'S OPPOSITION

Plaintiff's Opposition to Defendant's Motion for Protective Order

    Currently: June 1, 2018

    Proposed: June 15, 2018

Hearing on Defendant's Motion for Protective Order

    Currently: June14, 2018 – 10:30 a.m.

    Proposed: June 27, 2018

If this extension is granted, the hearing currently scheduled for June 14, 2018, at 10:30 a.m. regarding the oral arguments on this motion should be rescheduled to allow Defendants time to reply to Plaintiff's opposition.

//

//

//

//

//

//

//

The parties aver that this request for extension of time for Plaintiff's opposition to Defendants' Motion for Protective Order is made in good faith and not for the purpose of delay.

Dated this 29th day of May, 2018.

Dated this 29th day of May, 2018.

/s/ Christopher S. Mishler
ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
EUNICE M. BEATTIE, ESQ.
Nevada Bar No. 10382
CHRISTOPHER S. MISHLER, ESQ.
Nevada Bar No. 14402
SGRO & ROGER
720 South Seventh Street, 3rd Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-9800
Facsimile: (702) 665-4120
tsgro@sgroandroger.com
ebeattie@sgroandroger.com
*Attorneys for Plaintiff*

/s/ Ryan Kerbow
ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
RYAN KERBOW
Nevada Bar No. 11403
PHILLIPS, SPALLAS & ANGSTADT LLC
504 South Ninth Street
Las Vegas, Nevada 89101
Telephone: (702) 938-1510
rphillips@psalaw.net
rkerbow@psalaw.net
*Attorneys for Defendants*

**IT IS SO ORDERED**

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

DATED: 5-31-2018