UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DONNA CARLSON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SAM'S WEST, INC., *et al*.,<br><br>　　　　　　Defendants. | Case No. 2:17-cv-02882-MMD-GWF<br><br>**ORDER** |

　　　This matter is before the Court on Plaintiff's Withdrawal of Motion for Attorney's Fees (ECF No. 60), filed September 19, 2018. Upon review and consideration, the Court finds good cause exists to grant Plaintiff's request. Accordingly,

　　　**IT IS HEREBY ORDERED** that Plaintiff's Withdrawal of Motion for Attorney's Fees (ECF No. 60) is **granted**.

　　　**IT IS FURTHER ORDERED** that the hearing currently scheduled for Monday, October 22, 2018 at 9:30 AM shall be vacated.

　　　Dated this 9th day of October, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1