UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DONNA CARLSON, an individual<br><br>Plaintiff,<br>v.<br>SAM'S WEST, INC., *et al*.<br><br>Defendants. | Case No. 2:17-cv-02882-MMD-GWF<br><br>**ORDER** |

This matter is before the Court on the Plaintiff's Memorandum of Attorney's Fees and Costs (ECF No. 73), filed January 17, 2019. Plaintiff's memorandum is unclear. It fails to list the names of each employee who worked on the Motion to Strike (ECF No. 63), nor does it provide the employees hourly rate and experience level. Plaintiff is advised to review Local Rule 54-14 for guidance and include the requisite content for consideration. Plaintiff is further advised to file an Amended Memorandum of Attorney's Fees and Costs no later than January 25, 2019. Defendants' response to the memorandum is due on or before February 1, 2019

Dated this 18th day of January, 2019.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE