ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
SGRO & ROGER
720 South Seventh Street, 3rd Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-9800
Facsimile: (702) 665-4120
tsgro@sgroandroger.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DONNA CARLSON, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>SAM'S WEST, INC., a Foreign Corporation doing business as SAM'S CLUB, and also doing business as SAM'S CLUB #6382; SAM'S REAL ESTATE BUSINESS TRUST; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-02882-MMD-GWF<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION FOR PARTIAL SUMMARY JUDGEMENT** |

Plaintiff, DONNA CARLSON, (hereinafter "Plaintiff') and Defendant SAM'S WEST, INC (collectively "Defendant"), by and through their respective counsel of record, do hereby stipulate to continue the hearing currently scheduled for February 01, 2019 at 10:00 a.m. to February 8, 2019, at 10:00 a.m., due to change of Attorneys in Plaintiffs office.

**SGRO & ROGER**                                **PHILLIPS, SPALLAS & ANGSTADT, LLC**

 /s/ Anthony P. Sgro                            /s/ Timothy D. Kuhls
ANTHONY P. SGRO, ESQ.                           ROBERT K PHILLIPS, ESQ.
Nevada Bar No. 3811                             Nevada Bar No. 14411
720 S. 7TH Street                               TIMOTHY D. KUHLS, ESQ.
Las Vegas, NV 89101                             Nevada Bar No.13362
*Attorney for Plaintiff*                        504 S. 9th Street
                                                *Attorneys for Defendants*

**IT IS SO ORDERED: the telephonic hearing is reset to 2/8/2019 at 10:00 am**

_____
**UNITED STATES DISTRICT JUDGE**

DATED:  February 1, 2019

Respectfully Submitted:
**SGRO & ROGER**

_____
ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
720 S. 7TH Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*