1  ANTHONY P. SGRO, ESQ.
   Nevada Bar No. 3811
2  SGRO & ROGER
   720 S. 7th Street, 3rd Floor
3  Las Vegas, Nevada 89101
   Telephone: (702) 384-9800
4  Facsimile: (702) 665-4120
5  tsgro@sgroandroger.com

6  DANIEL CARVALHO, ESQ.
   Nevada Bar No. 5600
7  ROGERS, MASTRANGELO, CARVALHO & MITCHELL
8  700 S. 3rd Street
   Las Vegas, Nevada 89101
9  Telephone: (702) 383-3400
   Facsimile: (702) 384-1460
10

11 *Attorneys for Plaintiff*

12                **UNITED STATES DISTRICT COURT**

13                    **DISTRICT OF NEVADA**

14

15 DONNA CARLSON, an individual;          Case No.: 2:17-cv-02882-MMD-GWF

16                Plaintiff,

17         vs.                            **STIPULATION AND PROPOSED ORDER
                                          TO FILE OPPOSITION TO
18 SAM'S WEST, INC., a Foreign Corporation DEFENDANTS' SECOND MOTION FOR
   doing business as SAM'S CLUB, and also doing PROTECTIVE ORDER**
19 business as SAM'S CLUB #6382; SAM'S REAL
   ESTATE BUSINESS TRUST; DOES I through
20 X; and ROE CORPORATIONS I through X,    **FIRST REQUEST**
   inclusive,
21

22                Defendants.

23

24      Plaintiff DONNA CARLSON ("Plaintiff") and Defendants SAM'S WEST, INC. and

25 SAM'S REAL ESTATE BUSINESS TRUST ("Defendants") by and through their respective

26 counsel of record, do hereby stipulate for an extension of time for Plaintiff to respond to

27 *Defendant Sam's West, Inc's Second Motion for Protective Order Precluding Inappropriate*

28

1  *Areas of Fed.R.Civ.P. 30(b)(6) Examination* (Document No. 93) ("MPO")), up to and including

2  April 26, 2019.

3

4          Pursuant to Local Rule 2.25, the parties hereby aver that this is the first request for such

5  extension of time to respond to the MPO.

6

7          The parties aver, pursuant to Local Rule 2.25, that good cause exists for the requested

8  extension.

9          The parties aver that this request for extension of time to respond to the MPO is made in

10  good faith and not for the purpose of delay.

11          Dated this 19th day of April, 2019.

12

13  SGRO & ROGER                 PHILLIPS, SPALLAS & ANGSTADT LLC

14    /s/ Anthony P. Sgro, Esq.              /s/ Timothy D. Kuhls, Esq.

15  ANTHONY P. SGRO, ESQ.         ROBERT K. PHILLIPS, ESQ.

    Nevada Bar No. 3811               Nevada Bar No. 11441

16  720 South Seventh Street, 3rd Floor     TIMOTHY D. KUHLS, ESQ.

    Las Vegas, Nevada 89101          Nevada Bar No. 13362

17  Telephone: (702) 384-9800        504 South Ninth Street

    tsgro@sgroandroger.com           Las Vegas, Nevada 89101

18                                Telephone: (702) 938-1510

19  DANIEL CARVALHO, ESQ.       rphillips@psalaw.net

    Nevada Bar No. 5600              tkuhls@psalaw.net

20  ROGERS, MASTRANGELO,

      CARVALHO & MITCHELL       *Attorneys for Defendants*

21  700 S. 3rd Street

    Las Vegas, Nevada 89101

22  Telephone:  (702) 383-3400

    Facsimile:  (702) 384-1460

23

24  *Attorneys for Plaintiff*

25         **IT IS SO ORDERED**

26

27                                        **UNITED STATES MAGISTRATE JUDGE**

28                                 *DATED:*  April 23, 2019