1   ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
2   JENNIFER WILLIS ARLEDGE, ESQ.
Nevada Bar No. 8729
3   SGRO & ROGER
720 South Seventh Street, 3rd Floor
4   Las Vegas, Nevada 89101
5   Telephone: (702) 384-9800
Facsimile: (702) 665-4120
6   tsgro@sgroandroger.com
7   jarledge@sgroandroger.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| DONNA CARLSON, an individual; | Case No.: 2:17-cv-02882-MMD-GWF |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND TIME TO OPPOSE DEFENDANT'S SAM'S REAL ESTATE BUSINESS TRUST'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS SAM'S WEST, INC. & SAM'S REAL ESTATE BUSINESS TRUST'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PUNITIVE DAMAGES CLAIM** |
| SAM'S WEST, INC., a Foreign Corporation doing business as SAM'S CLUB, and also doing business as SAM'S CLUB #6382; SAM'S REAL ESTATE BUSINESS TRUST; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

Plaintiff DONNA CARLSON ("Plaintiff") and Defendants SAM'S WEST, INC. and SAM'S REAL ESTATE BUSINESS TRUST ("Defendants") by and through their respective counsel of record, do hereby stipulate to extend the time for Plaintiff to file a response to Defendant's Sam's Real Estate Business Trust's Motion For Summary Judgment and Defendants' Sam's West, Inc. & Sam's Real Estate Business Trust's Motion For Partial Summary Judgment As To Punitive Damages Claim, by seven (7) days, until June 7, 2019.

The parties further stipulate to extend the time for Defendants Sam's West, Inc. & Sam's Real Estate Business Trust to file their replies to said motions.

The parties aver that this request for extension of time is made in good faith and not soley for the purpose of delay.

Dated this 31st th day of May, 2019.

Dated this 31st th day of May, 2019.

*Jennifer W. Arledge*

ANTHONY P. SGRO, ESQ.
Nevada Bar No. 8729
JENNIFER WILLIS ARLEDGE, ESQ.
Nevada Bar No. 10382
SGRO & ROGER
720 South Seventh Street, 3rd Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-9800
Facsimile: (702) 665-4120
tsgro@sgroandroger.com
jarledge@sgroandroger.com
*Attorneys for Plaintiff*

*per written atty – JWA*

ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
PHILLIPS, SPALLAS & ANGSTADT LLC
504 South Ninth Street
Las Vegas, Nevada 89101
Telephone: (702) 938-1510
rphillips@psalaw.net
rkerbow@psalaw.net
*Attorneys for Defendants*

***IT IS SO ORDERED***

_____
***UNITED STATES ~~MAGISTRATE~~ JUDGE***

*DATED:* June 4, 2019