ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 14411
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
tkuhls@psalaw.net

*Former Counsel for Defendant
Sam's West, Inc. dba Sam's Club*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONNA CARLSON, an individual,<br><br>　　　　　Plaintiff,<br>v.<br>SAM'S WEST, INC., a Foreign Corporation doing business as SAM'S CLUB, and also doing business as SAM'S CLUB #6382; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:17-cv-02882-MMD-EJY<br><br>**MOTION TO WITHDRAW FORMER COUNSEL OF RECORD, THOSE ATTORNEYS AFFILIATED WITH PHILLIPS, SPALLAS & ANGSTADT, LLC, FROM THE ELECTRONIC SERVICE LIST** |

　　　COMES NOW, former counsel for Defendant, SAM'S WEST, INC. dba SAM'S CLUB and SAM'S CLUB No. 6382 ("Defendant" and/or "Sam's West"), who hereby petitions this Court, pursuant to Local Rule LR IA 11-6(b), to withdraw those attorneys previously or currently affiliated with the law firm of PHILLIPS, SPALLAS & ANGSTADT, LLC, from the electronic service list on the above-captioned matter.

　　　Specifically, undersigned counsel requests the physical address of 504 S. 9th Street, Las Vegas, NV 89101 be removed from the service list. Former counsel also requests the following electronic addresses be removed:

. . .

| | | | |
|---|---|---|---|
| Robert K. Phillips | aayres@psalaw.net, | afoshee@psalaw.net, | |
| | creyes@psalaw.net, | dwilson@psalaw.net, | |
| | iburton@psalaw.net, | jkephart@psalaw.net, | |
| | jpatrick@psalaw.net, | jtang@psalaw.net, | |
| | laguilar@psalaw.net, | lrobinson@psalaw.net, | |
| | lvmail@psalaw.net, | lwall@psalaw.net, | |
| | mcervantes@psalaw.net, | msoto@psalaw.net, | |
| | mwessel@psalaw.net, | nhebert@psalaw.net, | |
| | tkuhls@psalaw.net | | |
| Ryan Kerbow | ryan@vegashurt.com | ivan@vegashurt.com | |
| | daniela@vegashurt.com | | |
| | montserrat@vegashurt.com | sabina@vegashurt.com | |
| Timothy David Kuhls | tkuhls@psalaw.net, | amccarty@psalaw.net | |
| Betsy C. Jefferis | betsy@lawofficecorena.com | | |
| | jenniferr@lawofficecorena.com | | |
| | reau@lawofficecorena.com | | |
| | eva@lawofficecorena.com | | |

DATED this 30th day of March 2022.

**PHILLIPS, SPALLAS & ANGSTADT, LLC**

_____
ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 14411
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
504 South Ninth Street
Las Vegas, Nevada 89101

*Former Counsel for Defendant*
*Sam's West, Inc. dba Sam's Club*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated:  March 30, 2022

- 2 -