Elizabeth A. Skane, Esq. (Bar No.7181)
eskane@skanemills.com
Elizabeth C. Spaur, Esq.  (Bar No. 10446)
espaur@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada  89144
(702) 363-2535 / Fax (702) 363-2534

Attorneys for Defendants, SAM'S WEST, INC., SAM'S CLUB, SAM'S CLUB #6382, AND SAM'S REAL ESTATE BUSINESS TRUST

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONNA CARLSON,<br><br>  Plaintiff,<br><br>v.<br><br>SAM'S WEST, INC., a foreign corporation doing business as SAM'S CLUB, and also doing business as SAM'S CLUB #6382; SAM'S REALESTATE BUSINESS TRUST; DOES I through X, inclusive,<br><br>  Defendants. | CASE NO.: 2:17-cv-02882-MMD-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS SAM'S WEST, INC., SAM'S CLUB, SAM'S CLUB #6382, AND SAM'S REAL ESTATE BUSINESS TRUST, WITH PREJUDICE** |

COMES NOW, Defendants SAM'S WEST, INC., SAM'S CLUB, SAM'S CLUB #6382, AND SAM'S REAL ESTATE BUSINESS TRUST (hereinafter "Defendants"), by and through their counsel of record, the law firm of Skane Mills LLP, and hereby advises this Court that Defendants and Plaintiff have recently reached a settlement in the above-captioned matter.

**IT IS HEREBY STIPULATED** by and between Plaintiff, DONNA CARLSON ("Plaintiff"), by and through her counsel of record, Jennifer Arledge, Esq. of SGRO | ROGER, and Defendants SAM'S WEST, INC., SAM'S CLUB, SAM'S CLUB #6382, and SAM'S REAL ESTATE BUSINESS TRUST, by and through their counsel of record, Elizabeth C. Spaur, Esq. of Skane Mills LLP, that the Complaint filed by Plaintiff DONNA CARLSON against

Defendants SAM'S WEST, INC., SAM'S CLUB, SAM'S CLUB #6382, and SAM'S REAL ESTATE BUSINESS TRUST and any amendments thereafter, are hereby dismissed with prejudice against Defendants SAM'S WEST, INC., SAM'S CLUB, SAM'S CLUB #6382, and SAM'S REAL ESTATE BUSINESS TRUST.

Each party to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED this 23rd day of June, 2023.

SGRO | ROGER

/s/ Jennifer W. Arledge
By:_____
Jennifer Arledge, Esq. (Bar #8729)
jarledge@sgroandroger.com
720 S. 7th Street, 3rd. Floor
Las Vegas, Nevada 89101
Attorney for Plaintiff

DATED this 23 day of June, 2023.

SKANE MILLS LLP

/s/ Elizabeth C. Spaur
By:_____
Elizabeth C. Spaur, Esq. (Bar #10446)
espaur@skanemills.com
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
Attorneys for Defendants

## ORDER

Based on the foregoing stipulation between the parties and good cause shown,

**IT IS HEREBY ORDERED** that the Complaint filed by Plaintiff, DONNA CARLSON, against Defendants SAM'S WEST, INC., SAM'S CLUB, SAM'S CLUB #6382, and SAM'S REAL ESTATE BUSINESS TRUST, in the above-captioned matter, United States District Court, Case No. 2:17-cv-02882-MMD-EJY, including all claims alleged therein, are hereby dismissed with prejudice as to Defendants SAM'S WEST, INC., SAM'S CLUB, SAM'S CLUB #6382, and SAM'S REAL ESTATE BUSINESS TRUST.

Each party to bear its own attorneys' fees and costs.

**Chief U.S. District Judge**

**Dated: June 26, 2023**

Respectfully submitted by:

SKANE MILLS LLP

/s/ *Elizabeth C. Spaur*

By:_____
Elizabeth C. Spaur, Esq. (Bar #10446)
espaur@skanemills.com
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
T: (702) 363-2535

Attorneys for Defendants,
SAM'S WEST, INC., SAM'S CLUB, SAM'S CLUB #6382, and SAM'S REAL ESTATE BUSINESS TRUST.